**David W. Axelrod, OSB #75023**
E-mail: daxelrod@schwabe.com
**Devon Zastrow Newman, OSB #014627**
E-mail: dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone (503) 222-9981
Fax (503) 796-2900

**Harold A. Barza, Cal. Bar #80888**, *appearing pro hac vice*
E-mail: halbarza@quinnemanuel.com
**Tigran Guledjian, Cal. Bar #207613**, *appearing pro hac vice*
E-mail: tigranguledjian@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone (213) 443-3000
Fax (213) 443-3100

Attorneys for Plaintiffs Seiko Epson Corporation,
Epson America, Inc., and Epson Portland Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**GLORY SOUTH SOFTWARE MANUFACTURING INC.**, a California corporation; **BUTTERFLY PRINT IMAGE CORP. LTD**; a Hong Kong company; **INK LAB (H.K.) CO. LTD**, a Hong Kong company; **NECTRON INTERNATIONAL, LTD.**, a Texas company; **MIPO INTERNATIONAL LTD.**, a Hong Kong company; **MIPO AMERICA LTD.**, a Florida company; **NINE STAR IMAGE CO. LTD**, a China company, **now known as NINESTAR TECHNOLOGY CO. LTD.**, a China company; **NINE STAR TECHNOLOGY COMPANY LTD.**, a California company; **TOWN SKY INC.**, a | 3:06-CV-236-BR<br><br>**FINDING OF PERSONAL JURISDICTION AND ENTRY OF ORDER OF DEFAULT AS TO BUTTERFLY PRINT IMAGE CORP. LTD AND GLORY SOUTH SOFTWARE MANUFACTURING INC.** |

**ORDER RE DEFAULT MOTION AS TO BUTTERFLY AND GLORY SOUTH**

California corporation; **ZHUHAI GREE MAGNETO-ELECTRIC CO. LTD.**, a China company; **MMC CONSUMABLES INC.**, a California company; **TULLY IMAGING SUPPLIES LTD.**, a Hong Kong company; **INKJETWAREHOUSE.COM INC.**, a Connecticut corporation; **WELLINK TRADING CO., LTD.**, a China company; **RIBBON TREE (MACAO) TRADING CO., LTD.**, a China company; **RIBBON TREE (USA) INC.**, dba **CANA-PACIFIC RIBBONS INC.**, a Washington company; **APEX DISTRIBUTING INC.**, a Washington company; **ARTECH GMBH**, a German company; **INK TEC CO. LTD.**, a Korea company; **INK TEC AMERICA CORPORATION**, a Maryland company; **DATAPRODUCTS USA LLC**, a California limited liability corporation; **GERALD CHAMALES CORP.**, dba **RHINOTEK COMPUTER PRODUCTS**, a California corporation; **MASTER INK CO., LTD.**, a Hong Kong company; **ACUJET U.S.A., INC.**, a California company; and **RHINOTEK COMPUTER PRODUCTS, INC.**, a Delaware corporation.

       Defendants.

## FINDING OF PERSONAL JURISDICTION AND ENTRY OF DEFAULT

It is hereby ordered, adjudged, and decreed as follows:

For the reasons provided in plaintiffs Seiko Epson Corporation, Epson America, Inc. and Epson Portland Inc's Motion for, *inter alia*, a finding of personal jurisdiction and entry of order of default as to Butterfly Print Image Corp. Ltd. ("Butterfly") and Glory South Software Manufacturing Inc. ("Glory South") (April 5, 2012, Docket No. 509), this Court concludes that (1) Butterfly and Glory South have had sufficient contacts with the State of Oregon to support a finding that this Court has specific jurisdiction over Butterfly and Glory South in this matter;[1] and (2) the entry of an Order of Default as to Butterfly and Glory South is appropriate. Accordingly, the Court grants Seiko Epson Corporation, Epson America, Inc. and Epson Portland Inc's Motion for, *inter alia*, a finding of personal jurisdiction and entry of Order of Default as to Butterfly and Glory South.

The Clerk is directed to enter this Finding of Personal Jurisdiction and Entry of Order of Default *nunc pro tunc* April 5, 2012.

**IT IS SO ORDERED.**

Dated: *nunc pro tunc* April 5, 2012

_April 16, 2012_

The Honorable Judge Anna J. Brown
United States District Court Judge

---

[1] Plaintiffs presented evidence that infringing cartridges manufactured by Butterfly were sold and shipped by Glory South to Florence, Oregon, in November, 2005. *See* Pl. Mem.; Seitz Decl. at ¶¶ 11-12, 15, Exs. 11-12; Murch Decl. at ¶¶ 17-19, 25-105.

Page 1 – ORDER RE DEFAULT MOTION AS TO BUTTERFLY AND GLORY SOUTH